**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edward LUTT, aka Tony,**
**Defendant–Appellant.**

No. 09–50182.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 26, 2010.

Terri Kay Flynn, Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Mark Yanis, Huntington Beach, CA, Edward Lutt, Paramount, CA, for Defendant–Appellant.

Before: ALARCON, LEAVY and GRABER, Circuit Judges.

**ORDER**

We instruct the Clerk to withdraw the memorandum disposition filed on July 21, 2010, and to file the attached memorandum disposition simultaneously with this order.

**MEMORANDUM ***

Edward Lutt appeals from the 15–month sentence imposed following his guilty-plea conviction for conspiracy, in violation of 18 U.S.C. § 371, and engaging in monetary transactions with criminally derived property, in violation of 18 U.S.C. §§ 1957(a) and 2. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lutt's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss the appeal of the sentence in light of the valid

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**